resource not found

 

 

 

 

 

 

Skip to Main Content

Illinois Courts Response to COVID-19

 
 
 
 
 
 

 

 
 

 
 
 
 Search
 
 

 
 
 Courts
 Supreme Court
 Meet the Justices
 Docket & Briefs
 Orders and Announcements
 Oral Argument Audio and Video
 Anticipated Filing Dates and Opinions List
 Petition for Leave to Appeal Dispositions
 Committees and Commissions
 Rules Committee Public Hearings
 Attorney Licensure
 Certificate of Registration (Rule 721)
 Staff and Contact Information
 Supreme Court Library
 Supreme Court Courtroom and Resources

 Appellate Court
 Meet the Justices
 First District
 Second District
 Third District
 Fourth District
 Fifth District
 Workers' Compensation
 Oral Arguments Calendars
 Oral Argument Audio
 Meet the Appellate Court Clerks
 Appellate Court Local Rules
 Appellate Court Districts and Resources

 Circuit Court
 Chief Judges and Administrative Staff
 Circuit Court Clerks
 Jury Information
 Judicial Directory
 Plead and Pay Traffic / Conservation Tickets (e-Guilty)
 Illinois Circuit Court Statistical Reports
 Manual on Recordkeeping
 Circuit Courts and Resources

 Additional Resources
 Judicial Events
 Court Forms Hub
 Remote Proceedings
 High-Profile Cases
 Employment Opportunities
 Probation Eligible Employment Application
 Procurement Opportunities
 Holidays & Closings
 Judicial Directory
 Judicial Branch Policies & Standards
 Illinois Judicial Conference
 Office of Statewide Pretrial Services
 Pretrial Implementation Task Force
 Mental Health Task Force

 Opinions
 Rules / Law
 Supreme Court Rules
 Illinois Rules of Professional Conduct of 2010
 Illinois Code of Judicial Conduct of 2023
 Illinois Rules of Evidence
 Appellate Court Local Rules
 IPI Jury Instructions
 Illinois Compiled Statutes
 Administrative Code (JCAR)
 Rules of Procedure (IBAB)
 Illinois Constitution
 U.S. Constitution

 Services
 Illinois e-Court Initiatives
 re:SearchIL (Statewide Document Repository)
 eFileIL (Statewide e-filing)
 Certificate of Registration (Rule 721)
 Volunteer Pro Bono Program for Criminal Appeals
 Court Improvement Program (CIP)
 Probation and Pretrial Practices
 Declaration of Economic Interest Forms (Rule 68)
 Attorney Licensure
 Bar Admission Ceremonies
 Supreme Court Library

 Forms
 Approved Statewide Forms
 Uniform Mental Health Orders
 Probation Reimbursement Invoice Voucher
 Annual Certification of Private Insurance Coverage
 Probation Eligible Employment Application
 Judicial Request for Removal of Personal Information
 Judicial Speakers Bureau Request Form
 Unlawful Use of a Weapon Sentencing Form (SPAC)
 State C-10 Travel Voucher Form
 Judicial Branch Application for Employment
 Uniform Citation Forms
 Court Forms Hub
 Representation by Law Students / Graduates (Rule 711)
 Firearms Restraining Order Forms

 Reports
 Annual Report of the Illinois Courts
 Circuit Civil, Criminal and Traffic Assessment Reports
 Illinois Judicial Branch Strategic Agenda
 Annual Reports to the General Assembly
 Mandatory Arbitration Reports
 2016 Statutory Court Fee Task Force Report
 Strategic Agenda Operational Plan
 Results of 2015 Circuit Court User Survey 
 Mental Health and Justice in Cook County Bond Courts
 Access to Justice Commission's Strategic Plan
 Illinois Circuit Court Statistical Reports
 Pretrial Practices Data Oversight Board Preliminary Report

 AOIC
 Executive Office
 Access to Justice Division
 Administrative Services Division
 Communications Division
 Courts, Children and Families Division
 Court Services Division
 Human Resources Division
 Judicial College Division
 Judicial Education Division
 Judicial Management Information Services Division (IT)
 Office of Statewide Pretrial Services
 Probation Services Division
 Contact

 Self Help

 
 
 
 

 
 Translate

 
 
 
 Feedback

 
 
 
 Email Updates

 
 

 
 
 
 
 
 
 
 
 
 
 
 
 

 
 

 
 
 resource not found
 

 

 
 
 
 
 
 
 
 
 Public
 Find information helpful to the public
 
 

 
 
 
 
 
 
 
 
 Judges
 Find information helpful to judges
 
 

 
 
 
 
 
 
 
 
 Lawyers
 Find information helpful to lawyers
 
 

 
 
 
 
 
 
 
 
 Media
 Media links
 
 

 
 

 
 

 resource not found

 
 resource not found | State of Illinois Office of the Illinois Courts
 The resource you are trying to reach could not be found.
 
 

 
 
 resource not found
 
 
 
 

 
 
 

 

 

 
 
 
 Site Navigation
 
 Courts
 Supreme Court
 Meet the Justices
 Docket & Briefs
 Orders and Announcements
 Oral Argument Audio and Video
 Anticipated Filing Dates and Opinions List
 Petition for Leave to Appeal Dispositions
 Committees and Commissions
 Rules Committee Public Hearings
 Attorney Licensure
 Certificate of Registration (Rule 721)
 Staff and Contact Information
 Supreme Court Library
 Supreme Court Courtroom and Resources

 Appellate Court
 Meet the Justices
 First District
 Second District
 Third District
 Fourth District
 Fifth District
 Workers' Compensation
 Oral Arguments Calendars
 Oral Argument Audio
 Meet the Appellate Court Clerks
 Appellate Court Local Rules
 Appellate Court Districts and Resources

 Circuit Court
 Chief Judges and Administrative Staff
 Circuit Court Clerks
 Jury Information
 Judicial Directory
 Plead and Pay Traffic / Conservation Tickets (e-Guilty)
 Illinois Circuit Court Statistical Reports
 Manual on Recordkeeping
 Circuit Courts and Resources

 Additional Resources
 Judicial Events
 Court Forms Hub
 Remote Proceedings
 High-Profile Cases
 Employment Opportunities
 Probation Eligible Employment Application
 Procurement Opportunities
 Holidays & Closings
 Judicial Directory
 Judicial Branch Policies & Standards
 Illinois Judicial Conference
 Office of Statewide Pretrial Services
 Pretrial Implementation Task Force
 Mental Health Task Force

 Opinions
 Rules / Law
 Supreme Court Rules
 Illinois Rules of Professional Conduct of 2010
 Illinois Code of Judicial Conduct of 2023
 Illinois Rules of Evidence
 Appellate Court Local Rules
 IPI Jury Instructions
 Illinois Compiled Statutes
 Administrative Code (JCAR)
 Rules of Procedure (IBAB)
 Illinois Constitution
 U.S. Constitution

 Services
 Illinois e-Court Initiatives
 re:SearchIL (Statewide Document Repository)
 eFileIL (Statewide e-filing)
 Certificate of Registration (Rule 721)
 Volunteer Pro Bono Program for Criminal Appeals
 Court Improvement Program (CIP)
 Probation and Pretrial Practices
 Declaration of Economic Interest Forms (Rule 68)
 Attorney Licensure
 Bar Admission Ceremonies
 Supreme Court Library

 Forms
 Approved Statewide Forms
 Uniform Mental Health Orders
 Probation Reimbursement Invoice Voucher
 Annual Certification of Private Insurance Coverage
 Probation Eligible Employment Application
 Judicial Request for Removal of Personal Information
 Judicial Speakers Bureau Request Form
 Unlawful Use of a Weapon Sentencing Form (SPAC)
 State C-10 Travel Voucher Form
 Judicial Branch Application for Employment
 Uniform Citation Forms
 Court Forms Hub
 Representation by Law Students / Graduates (Rule 711)
 Firearms Restraining Order Forms

 Reports
 Annual Report of the Illinois Courts
 Circuit Civil, Criminal and Traffic Assessment Reports
 Illinois Judicial Branch Strategic Agenda
 Annual Reports to the General Assembly
 Mandatory Arbitration Reports
 2016 Statutory Court Fee Task Force Report
 Strategic Agenda Operational Plan
 Results of 2015 Circuit Court User Survey 
 Mental Health and Justice in Cook County Bond Courts
 Access to Justice Commission's Strategic Plan
 Illinois Circuit Court Statistical Reports
 Pretrial Practices Data Oversight Board Preliminary Report

 AOIC
 Executive Office
 Access to Justice Division
 Administrative Services Division
 Communications Division
 Courts, Children and Families Division
 Court Services Division
 Human Resources Division
 Judicial College Division
 Judicial Education Division
 Judicial Management Information Services Division (IT)
 Office of Statewide Pretrial Services
 Probation Services Division
 Contact

 

 
 
 
 
 
 
 
 
 
 Public
 Find information helpful to the public
 
 

 
 
 
 
 
 
 
 
 Judges
 Find information helpful to judges
 
 

 
 
 
 
 
 
 
 
 Lawyers
 Find information helpful to lawyers
 
 

 
 
 
 
 
 
 
 
 Media
 Media links
 
 

 
 

 

 
 Translate

 
 
 
 Feedback

 
 
 
 Email Updates

 
 

 
 
 

 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Your browser doesn't support HTML5 audio. Here is a link to the audio instead.